UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
IN RE: Acetaminophen – ASD-ADHD            :
Products Liability Litigation              :        22md3043 (DLC)
                                           :        25cv422  (DLC)
This Document Relates to:                  :        25cv424  (DLC)
Becker, et al. v. Johnson & Johnson        :        25cv426  (DLC)
Consumer Inc., et al., No. 1:25-cv-422     :        25cv429  (DLC)
Davis v. Johnson & Johnson Consumer        :        25cv431  (DLC)
Inc., et al., No. 1:25-cv-424              :        25cv433  (DLC)
Higginbotham v. Johnson & Johnson          :        25cv434  (DLC)
Consumer Inc., et al., No. 1:25-cv-426     :        25cv437  (DLC)
Jimenez, et al. v. Johnson & Johnson       :        25cv719  (DLC)
Consumer Inc. Johnson Consumer Inc.,       :        25cv722  (DLC)
No. 1:25-cv-429                            :        25cv723  (DLC)
Layton v. Johnson & Johnson Consumer       :        25cv725  (DLC)
Inc., No. 1:25-cv-431                      :        25cv726  (DLC)
Pierce v. Johnson & Johnson Consumer       :        25cv733  (DLC)
Inc., No. 1:25-cv-433                      :        25cv734  (DLC)
Salazar-Morris v. Johnson & Johnson        :        25cv736  (DLC)
Consumer Inc., et al., No. 1:25-cv-434     :
Spetter, et al. v. Johnson & Johnson       :        FINAL JUDGMENT:
Consumer Inc., et al., No. 1:25-cv-437     :        25cv422  (DLC)
Aybar, et al. v. Johnson & Johnson         :        25cv424  (DLC)
Consumer Inc., No. 1:25-cv-719             :        25cv426  (DLC)
Bowling v. Johnson & Johnson Consumer      :        25cv429  (DLC)
Inc., et al., Case No. 1:25-cv-722         :        25cv431  (DLC)
Jones v. Johnson & Johnson Consumer        :        25cv433  (DLC)
Inc., No. 1:25-cv-723                      :        25cv434  (DLC)
Stephenson, et al. v. Johnson &            :        25cv437  (DLC)
Johnson Consumer Inc., et al., No.         :        25cv719  (DLC)
1:25-cv-725                                :        25cv722  (DLC)
Sherry, et al. v. Johnson & Johnson        :        25cv723  (DLC)
Consumer Inc., et al., No. 1:25-cv-726     :        25cv725  (DLC)
Watson, et al. v. Johnson & Johnson        :        25cv726  (DLC)
Consumer Inc., et al., No. 1:25-cv-733     :        25cv733  (DLC)
Whitebread v. Johnson & Johnson            :        25cv734  (DLC)
Consumer Inc., et al., No. 1:25-cv-734     :        25cv736  (DLC)
Willhite v. Johnson & Johnson Consumer     :
Inc., Case No. 1:25-cv-736                 :
------------------------------------------ X

DENISE COTE, District Judge:

On December 18, 2023, the defendants' Rule 702 motions regarding the plaintiffs' proposed general causation expert testimony were granted.  An Order of January 16, 2024 provided that plaintiffs in any Member Case of this MDL in which an SFC was served on or after January 12, 2024 shall have 21 days from the date of service to show cause why summary judgment should not be entered in favor of the defendants named in that Member Case for failure to 1) present admissible evidence of general causation; 2) show any error in the December 18, 2023 Rule 702 Opinion; and/or 3) show why the December 18, 2023 Rule 702 Opinion does not apply to their Member Case.

Plaintiffs in the above-captioned Member Cases filed a show cause response on March 11, 2025.  Plaintiffs concede that final judgment should be granted to defendants in their member cases. Thus, it is hereby

ORDERED that, for the reasons set forth in the Court's Opinion and Order of December 18, 2023, and in the January 16, 2024 Order to Show Cause, final judgment is entered for the defendants in Member Cases 25cv422, 25cv424, 25cv426, 25cv429 , 25cv431, 25cv433, 25cv434, 25cv437, 25cv719, 25cv722, 25cv723, 25cv725, 25cv726, 25cv733, 25cv734, and 25cv736 under Fed. R. Civ. P. 58.

IT IS FURTHER ORDERED that Member Cases 25cv422, 25cv424,

2

25cv426, 25cv429 , 25cv431, 25cv433, 25cv434, 25cv437, 25cv719,

25cv722, 25cv723, 25cv725, 25cv726, 25cv733, 25cv734, and

25cv736 are dismissed with prejudice.

Dated:    New York, New York
           March 12, 2025

                                       _____
                                        DENISE COTE
                          United States District Judge